Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLA@att.net

Attorneys for Plaintiffs
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KingVision Pay-Per-View, Ltd.<br><br>Plaintiff,<br><br>vs.<br><br>Jayantilal K. Gogri, et al.<br><br>Defendants. | CASE NO. 07-05738 MJJ<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |

Plaintiff KingVision Pay-Per-View, Ltd., hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Tuesday, February 19, 2008 at 2:00 p.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request is necessitated by the fact that Plaintiff is currently attempting to perfect service of process of the suit papers as to the defendants named to this action.  (Six (6) previous attempts at personal service of each individual defendant, has to date, been unsuccessful as set forth in the Status Reports attached hereto and made part hereof as Plaintiff's Exhibits 1 and 2.)

As a result, Plaintiff's counsel has not conferred with any one of the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Statement.

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 07-05738 MJJ
PAGE 1

1

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case

2  Management Conference presently scheduled for Tuesday, February 19, 2008 to a new date

3  approximately forty-five (45) to sixty (60) days forward in order that a responsive pleading may be filed

4  by the defendants and Plaintiff's counsel may thereafter confer with each defendant and/or defendants'

5  counsel and thereafter prepare and file a Joint Case Management Statement for the Court's review.

6

7

8                                                Respectfully submitted,

9

10

11  Dated: January 17, 2008                        */s/ Thomas P. Riley*

12                                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**

13                                                By: Thomas P. Riley
                                                   Attorneys for Plaintiff
14                                                 KingVision Pay-Per-View, Ltd.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 07-05738 MJJ
PAGE 2**

### <u>ORDER</u> (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 07-05738 MJJ styled *KingVision Pay-Per-View, Ltd. v. Jayantilal Kanji Gogri, et al.*, is hereby continued from 2:00 pm, Tuesday, February 19, 2008, to_____.

The Parties shall file a Joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on each Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____          Dated:_____

**THE HONORABLE MARTIN J. JENKINS**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 07-05738 MJJ**
**PAGE 3**

**EXHIBIT 1**

THOMAS P. RILEY, ESQ.     Bar No.: 194706     (626) 799-9797     Last day(s) to serve, if any
THOMAS P. RILEY, LAW OFFICES OF     Fax (626) 799-9795
1114 FREMONT AVENUE     tprlaw@att.NET 11
SOUTH PASADENA, CA 91030

ATTORNEY FOR (name):     PLAINTIFF     MOUNTAIN MIKES PIZZA 11-13-04

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5212

PLAINTIFF/PETITIONER:
KINGVISION PAY-PER-VIEW, LTD.

DEFENDANT/RESPONDENT:
GOGRI

| *** STATUS REPORT *** Attn. MS.  ANGEL ATHERTON | HEARING DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | C07-05738 MJC |

We received the within process in our Process Department on December 18, 2007. We have attempted to effect service on the following party at the address(es) indicated below.

Servee:     JAYANTILAL KANJI GOGRI, INDIVIDUALLY AND D/B/A MOUNTAIN MIKE'S PIZZA

Residence:  Residence address is unknown.

Business:   404 MIWOK COURT, FREMONT, CA 94539

Our attempts at service include, but are not limited to, the following dates, times and status detail:

December 21, 2007  06:00 pm  NO ANSWER (RESIDENCE).
December 24, 2007  10:32 am  NO ANSWER (RESIDENCE).
December 29, 2007  07:45 am  NO ANSWER (RESIDENCE).
January 1, 2008  10:25 am  NO ANSWER (RESIDENCE), NEIGHBORS NO HELP.
January 4, 2008  09:50 pm  NO ANSWER (RESIDENCE), PREMISES DARK.
January 5, 2008  01:30 pm  NO ANSWER (RESIDENCE), NO ACTIVITY.

Date: January 6, 2008

If you have any additional information that would help us facilitate this service, please write it on a copy of this report and return it to us on route or fax it to: (213) 481-7343  Thank you.

**Absolute Service of Los Angeles**
1201 West Second Street, Suite 204, Los Angeles, CA 90026 (213) 481-7334

*** SERVICE OF PROCESS STATUS REPORT ***

**EXHIBIT 2**

THOMAS P. RILEY, Bar No. 194706
THOMAS P. RILEY, LAW OFFICES OF
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030

(626) 799-9797
Fax (626) 799-9795
tprlaw@att.net

ATTORNEY FOR (Name): PLAINTIFF    MOUNTAIN MIKES PIZZA 11-13-04

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5112

PLAINTIFF/PETITIONER
KINGVISION PAY-PER-VIEW, LTD

DEFENDANT/RESPONDENT
GOGRI

*** STATUS REPORT ***
Attn MS. ANGEL ATHERTON

CASE NUMBER
C07 05738 MHP

We received the within process in our Process Department on December 18, 2007. We have attempted to effect service on the following party at the address(es) indicated below:

Servee:   CHANCHAL J. GOGRI, INDIVIDUALLY AND D/B/A MOUNTAIN MIKE'S PIZZA

Residence:  Residence address is unknown.

Business:   935 FOLSOM AVENUE, HAYWARD, CA 94544

Our attempts at service include but are not limited to the following dates, times and status detail:

```
December 20, 2007  04:00 pm  NO ANSWER (RESIDENCE).
December 27, 2007  06:30 am  NO ANSWER (RESIDENCE)
December 29, 2007  07:00 am  NO ANSWER (RESIDENCE).
January 1, 2008 ,10.08 am    NO ANSWER (RESIDENCE), NO ACTIVITY.
January 4, 2008  04:00 pm    NO ANSWER (RESIDENCE), NO ACTIVITY.
January 7, 2008  09:30 pm    NO ANSWER (RESIDENCE), PREMISES DARK.
```

Date: January 10, 2008

If you have any additional information that would help us facilitate this service, please write it on a copy of this report and return it to us via fax or mail to (213) 481-7345. Thank you.

**Absolute Service of Los Angeles**
7301 West Second Street, Suite 204, Los Angeles, CA 90026 (213) 481-7334
*** SERVICE OF PROCESS STATUS REPORT ***

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, January 17, 2008, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Jayantilal Kanji Gogri  (Defendant)
7696 Frederiksen Ln.
Dublin, CA 94568

Chanchal J. Gogri  (Defendant)
7696 Frederiksen Ln.
Dublin, CA 94568

Chaudhariya, Inc.  (Defendant)
7696 Frederiksen Ln.
Dublin, CA 94568

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 17, 2008, at South Pasadena, California.

Dated:  January 17, 2008                    */s/ Raquel Hernandez*
                                            **RAQUEL HERNANDEZ**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 07-05738 MJJ
PAGE 4**