| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>MOUNTAIN MIKES PIZZA 11-13-04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5212

PLAINTIFF/PETITIONER:
KINGVISION PAY-PER-VIEW, LTD.

DEFENDANT/RESPONDENT:
GOGRI

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-05738 MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CASES INVOLVING SEALED OR CONFIDENTIAL DOCUMENTS; STANDING ORDER; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. a. Party served: JAYANTILAL KANJI GOGRI, INDIVIDUALLY AND D/B/A MOUNTAIN MIKE'S PIZZA

4. Address where the party was served: 404 MIWOK COURT
   FREMONT, CA 94539

5. I served the party
   b. **by substituted service.** On: January 11, 2008 at: 06:00 pm I left the documents listed in item 2
   with or in the presence of "JANE DOE" (REFUSED NAME) - CO-OCCUPANT

   PHYSICAL DESCRIPTION OF PERSON SERVED:
   Age: 40+   Weight: 200+   Hair: BLACK   Race: MD. EASTERN
   Sex: F     Height: 5'4"   Eyes: BROWN
   Marks:

   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. J. BURKE
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 555
      (iii) County: ALAMEDA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008

_____
J. BURKE

Judicial Council form POS-010 Rev. 01/01/07           **PROOF OF SERVICE**           C8042-1/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706   (626) 799-9797<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE         tprlaw@att.net<br>SOUTH PASADENA, CA  91030 | Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF     MOUNTAIN MIKES PIZZA 11-13-04 | | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>OAKLAND DIVISION<br>1301 CLAY ST., SOUTH TOWER<br>OAKLAND, CA  94612-5212 | | |

PLAINTIFF:

KINGVISION PAY-PER-VIEW, LTD.

DEFENDANT:

GOGRI

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-05738 MJJ |
|---|---|---|---|---|

I received the within process on December 18, 2007 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:  JAYANTILAL KANJI GOGRI, INDIVIDUALLY AND D/B/A MOUNTAIN MIKE'S PIZZA

Residence:    404 MIWOK COURT, FREMONT, CA 94539

Business:     Business address was not known at the time of service.

As enumerated below:

December 21, 2007  04:00 pm
    NO ANSWER (RESIDENCE).
December 24, 2007  10:32 am
    NO ANSWER (RESIDENCE).
December 29, 2007  07:45 am
    NO ANSWER (RESIDENCE).
January 1, 2008   10:28 am
    NO ANSWER (RESIDENCE), NEIGHBORS NO HELP.
January 4, 2008   08:50 pm
    NO ANSWER (RESIDENCE), PREMISES DARK.
January 5, 2008   01:30 pm
    NO ANSWER (RESIDENCE), NO ACTIVITY.
January 8, 2008   05:20 pm
    NO ANSWER (RESIDENCE).
January 11, 2008  05:59 pm
    NOT HOME (RESIDENCE) PER "JANE DOE" (REFUSED NAME), CO-OCCUPANT.
January 11, 2008  06:00 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
    AS NAMED.           (CONTINUED ON NEXT PAGE)

Person who served papers                    The fee for service was: $95.00
  J. BURKE                                  I am: registered California process server.
  ABSOLUTE SERVICE OF LOS ANGELES                 independent contractor
  1301 WEST SECOND STREET, SUITE 204              Registration No.: 555
  LOS ANGELES, CA 90026                           County: ALAMEDA
  (213) 481-7334

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008                              _____
                                                           J. BURKE

Judicial Council form POS-010         DECLARATION REGARDING DILIGENCE         08042-1/asdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name):   PLAINTIFF | Ref. No. or File No.:<br>MOUNTAIN MIKES PIZZA 11-13-04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  94612-5212

PLAINTIFF:
KINGVISION PAY-PER-VIEW, LTD.

DEFENDANT:
GOGRI

| DECLARATION<br>RE: DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C07-05738 MJJ |
|---|---|---|---|---|

**Person who served papers**
J. BURKE
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $95.00
I am: registered California process server.
 Employee or independent contractor
 Registration No.: 555
 County: **ALAMEDA**

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008

_____
J. BURKE

Judicial Council form POS-010          **DECLARATION REGARDING DILIGENCE**          08042-1/asdd2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net | |
| | Ref. No or File No | |
| ATTORNEY FOR (Name):    PLAINTIFF    MOUNTAIN MIKES PIZZA 11-13-04 | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  94612-5212

PLAINTIFF/PETITIONER:

KINGVISION PAY-PER-VIEW, LTD.

DEFENDANT/RESPONDENT:

GOGRI

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-05738 MJJ |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **January 14, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CASES INVOLVING SEALED OR CONFIDENTIAL DOCUMENTS; STANDING ORDER; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

> JAYANTILAL KANJI GOGRI, INDIVIDUALLY AND D/B/A MOUNTAIN MIKE'S PIZZA
> 404 MIWOK COURT
> FREMONT, CA 94539

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $95.00
I am: registered California process server.
   employee
   Registration No.: 5211
   County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008                                            _____
                                                                              M. MANCHESTER

Judicial Council form POS-010                  PROOF OF SERVICE BY MAIL                       C8042-1/ascpmail