| ATTORNEY OR PARTY WITHOUT ATTORNEY | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name): PLAINTIFF | MOUNTAIN MIKES PIZZA 11-13-04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5212

PLAINTIFF/PETITIONER:

KINGVISION PAY-PER-VIEW, LTD.

DEFENDANT/RESPONDENT:

GOGRI

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-05738 MJJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CASES INVOLVING SEALED OR CONFIDENTIAL DOCUMENTS; STANDING ORDER; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. a. Party served: CHAUDHARIYA, INC., D/B/A MOUNTAIN MIKE'S PIZZA
   b. Person served: JAYANTILAL KANJI GOGRI - AGENT
   Person (other than the party in item 3) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)

4. Address where the party was served: 404 MIWOK COURT
   FREMONT, CA 94539

5. I served the party
   b. **by substituted service.** On: January 11, 2008 at: 06:00 pm I left the documents listed in item 2 with or in the presence of "JANE DOE" (REFUSED NAME) - PERSON IN CHARGE

   PHYSICAL DESCRIPTION OF PERSON SERVED:
   Age: 40+    Weight: 200+    Hair: BLACK    Race: MD. EASTERN
   Sex: F      Height: 5'4"    Eyes: BROWN
   Marks:

   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   under the following Code of Civil Procedure section:
   SERVICE MADE PURSUANT TO FRCP 4(h)(2)

7. **Person who served papers**
   a. J. BURKE
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $45.00
   e. I am: (3) registered California process server.
      (i) Employee or independent contractor
      (ii) Registration No.: 555
      (iii) County: ALAMEDA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008

J. BURKE

Judicial Council form POS-010 Rev. 07/01/04     **PROOF OF SERVICE**     08042-2/asgenso

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | TELEPHONE NO. (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br>MOUNTAIN MIKES PIZZA 11-13-04 |
| ATTORNEY FOR (Name): PLAINTIFF | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  94612-5212

PLAINTIFF/PETITIONER:
KINGVISION PAY-PER-VIEW, LTD.

DEFENDANT/RESPONDENT:
GOGRI

**PROOF OF SERVICE BY MAIL**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-05738 MJJ |
|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **January 14, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CASES INVOLVING SEALED OR CONFIDENTIAL DOCUMENTS; STANDING ORDER; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

JAYANTILAL KANJI GOGRI - AGENT
CHAUDHARIYA, INC., D/B/A MOUNTAIN MIKE'S PIZZA
404 MIWOK COURT
FREMONT, CA 94539

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $45.00
I am: registered California process server.
  employee
  Registration No.: 5211
  County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008

_____
M. MANCHESTER

Judicial Council form POS-010                    **PROOF OF SERVICE BY MAIL**