**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLA@att.net**

**Attorneys for Plaintiffs**
**KingVision Pay-Per-View, Ltd.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KingVision Pay-Per-View, Ltd.** | **CASE NO. 07-05738 MJJ** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (▆▆▆▆▆▆)** |
| **vs.** | |
| **Jayantilal K. Gogri, et al.** | |
| **Defendants.** | |

Plaintiff KingVision Pay-Per-View, Ltd., hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Tuesday, February 19, 2008 at 2:00 p.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request is necessitated by the fact that Plaintiff is currently attempting to perfect service of process of the suit papers as to the defendants named to this action.  (Six (6) previous attempts at personal service of each individual defendant, has to date, been unsuccessful as set forth in the Status Reports attached hereto and made part hereof as Plaintiff's Exhibits 1 and 2.)

As a result, Plaintiff's counsel has not conferred with any one of the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Statement.

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (▆▆▆▆▆▆**
**CASE NO. 07-05738 MJJ**
**PAGE 1**

1

2

3

4

5

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Tuesday, February 19, 2008 to a new date approximately forty-five (45) to sixty (60) days forward in order that a responsive pleading may be filed by the defendants and Plaintiff's counsel may thereafter confer with each defendant and/or defendants' counsel and thereafter prepare and file a Joint Case Management Statement for the Court's review.

6

7

8

Respectfully submitted,

9

10

11

12

13

14

Dated: January 17, 2008

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (████████)
CASE NO. 07-05738 MJJ
PAGE 2**

## ORDER (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 07-05738 MJJ styled *KingVision Pay-Per-View, Ltd. v. Jayantilal Kanji Gogri, et al.*, is hereby continued from 2:00 pm, Tuesday, February 19, 2008, to_____April 27, 2008 at 2:00 p.m._____.

The Parties shall file a Joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on each Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:


Dated:___1/22/2008_____

**THE HONORABLE MARTIN J. JENKINS**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 07-05738 MJJ**
**PAGE 3**