**MOHAJERIAN INC.**
**AL MOHAJERIAN,** CSBN 182013
**AARON G. CAPPS,** CSBN 215803
A Professional Law Corporation
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel: (310) 556-3800/Fax: (310) 556-3817

Attorneys for Defendants Jayantilal Kanji Gogri, Chanchal J. Gogri,
Mountain Mike's Pizza, and Chaudhariya, Inc.

FOR COURT USE ONLY

# UNITED STATES DISTRICT COURT,
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., | CASE NO.: C07-05738 |
| Plaintiff, | **CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |
| vs. | |
| JAYANTILAL KANJI GOGRI AND CHANCHAL J. GOGRI, INDIVIDUALLY and d/b/a/ MOUNTAIN MIKE'S PIZZA, and CHAUDHARIYA, INC., d/b/a MOUNTAIN MIKE'S PIZZA, et al. | **Honorable Richard Wieking** |
| Defendants. | |

The undersigned, counsel of record for Defendants Jayantilal Kanji Gogri, Chanchal J. Gogri, individually and d/b/a Mountain Mike's Pizza, and Chaudhariya, Inc., d/b/a Mountain Mike's Pizza, certify that the following listed parties have a direct, pecuniary interest in the outcome of this case.

1 **PARTIES**

2 *Plaintiff,* Kingvision Pay-Per-View, Ltd.

3 c/o Law Office of Thomas P. Riley, P.C.

4 Attn: Thomas P. Riley, Esq.

5 First Library Square

6 1114 Fremont Avenue

7 South Pasadena, California 91030-3227

8 Telephone :( 626)799-9797

9 Facsimile: (626)799-9795

10

11 *Defendant,* Jayantilal Kanji Gogri, Chanchal J. Gogri, individually and d/b/a Mountain Mike's

12 Pizza, Chaudhariya, Inc., d/b/a Mountain Mike's Pizza

13 c/o Mohajerian Inc.

14 Attn: Al Mohajerian, Esq.

15 Aaron G. Capps, Esq.

16 1925 Century Park East, Suite 350

17 Los Angeles, California 90067

18 Telephone: (310)556-3900

19 Facsimile: (310)556-3817

20

21 Other than these named parties there is no such interest or report.

22 Date: February 18, 2008                                       **MOHAJERIAN INC.**

23

24

25                                                          By: _____
26                                                          AL MOHAJERIAN
                                                            AARON G. CAPPS,
27                                                          Attorneys for Defendants Jayantilal Kanji
                                                            Gogri, Chanchal J. Gogri, Mountain Mike's
28                                                          Pizza, and Chaudhariya, Inc.

Z:\files\111.081\2\Certification Interested Entities.doc

**CERTIFICATION AT TO INTERESTED ENTITIES OR PERSON PURSUANT TO L.R. 3-16**

2