United States District Court
Northern District of California

1

2

3

4

5

6

7

8       # UNITED STATES DISTRICT COURT

9       ## Northern District of California

10      Kingvision Pay-Per-View Ltd.,                07-05738 MHP

11                          Plaintiff(s),            **NOTICE RE: NONCOMPLIANCE
                                                     WITH COURT ORDER**
12              v.

13      Gogri,

14                          Defendant(s).

15

16          The parties have failed to file an ADR Certification and either a Stipulation and

17      [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18      Conference as required by the Initial Case Management Scheduling Order.  Counsel

19      shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20      matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21      an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting

22      ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23      ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24      at www.adr.cand.uscourts.gov.)

25

26          Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27      copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28      (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur before the Case Management Conference.

6

7

8  Dated: April 3, 2008

9                                                RICHARD W. WIEKING
                                                 Clerk
10                                               by:    Timothy J. Smagacz

11                                               *Timothy Smagacz*

12                                               _____
                                                 ADR Administrative Assistant
13                                               415-522-4205
                                                 Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

Case Name:        Kingvision Pay-Per-View Ltd. v. Gogri

Case Number:      07-05738 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

        ADR Program
        United States District Court
        Norther District of California
        450 Golden Gate Avenue Floor 16
        San Francisco, CA 94102

On April 3, 2008, I served a true and correct copy of:

        **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

        Thomas Peter Riley
        Law Offices of Thomas P. Riley. P.C.
        1114  Fremont Avenue
        South Pasadena, CA 91030
        tprlaw@att.net

        Jayantilal Kanji Gogri
        ,

        Mountain Mike's Pizza
        ,

        Chanchal J. Gogri
        ,

        Al Mohajerian
        Mohajerian Law Corp.
        1925 Century Park East
        Suite 350
        Los Angeles, CA 90067
        al@mohajerianlawcorp.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 3, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov