Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KingVision Pay-Per-View, Ltd.<br><br>Plaintiff,<br><br>vs.<br><br>Jayantilal Kanji Gogri, et al.<br><br>Defendants. | CASE NO. 3:07-cv-05738-MHP<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE (Proposed) |

TO THIS HONORABLE COURT:

By and through their counsel, Plaintiff KingVision Pay-Per-View, Ltd., and Defendants Jayantilal Kanji Gogri, Chanchal J. Gogri and Chaudhariya, Inc., hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference, in this action (previously set for Monday, April 21, 2008, at 3:00 p.m.) to a new date of Monday, May 19, 2008, at 3:00 p.m.

This request is necessitated by the fact that counsel for the Parties in this action have been actively discussing settlement and a settlement offer that has been presented is currently being considered.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [Proposed]
CASE NO. 3:07-cv-05738-MHP
PAGE 1

The Parties respectfully request this brief continuance in order that the settlement may finalize and/or additional settlement discussions may be conducted without the Parties and/or their counsel incurring additional attorneys' fees and costs for motion practice, hearing preparation, and Court appearances.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Case Management Conference to a new date of Monday, May 19, 2008, at 3:00 p.m.

Respectfully submitted,

Dated: April 16, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

Dated:

MOHAJERIAN LAW CORP.
By: Al Mohajerian
Attorneys for Defendants
Jayantilal Kanji Gogri
Chanchal J. Gogri
Chaudhariya, Inc.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [Proposed]
CASE NO. 3:07-cv-05738-MHP
PAGE 2

## ORDER (Proposed)

IT IS HEREBY ordered that the Case Management Conference in civil action number C 05-5020 RS styled *KingVision Pay-Per-View. v. Jayantilal Kanji Gogri, et al.*, is hereby continued from 3:00 p.m. Monday, April 21, 2008, to 3:00 p.m. Monday, May 19, 2008.

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED:

Dated: _____

_____
Honorable Marilyn H. Patel
United States District Court
Northern District of California

# PROOF OF SERVICE (SERVICE BY FAX & FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 16, 2008, I served:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [Proposed]**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Al Mohajerian, Esquire<br>**MOHAJERIAN LAW CORP.**<br>1925 Century Park East<br>Suite 350<br>Los Angeles, CA 90067 | Attorneys for Defendants<br>Jayantilal Kanji Gogri<br>Chanchal J. Gogri<br>Chaudhariya, Inc. |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 16, 2008, at South Pasadena, California.

Dated: April 16, 2008

/s/ Terry Houston
**TERRY HOUSTON**