THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795

Attorneys for Plaintiff
KingVision Pay-Per View, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KingVision Pay-Per View, Ltd, | Case No. 07-C-05738 MHP |
| Plaintiff, | JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| vs. | FOR:    Hon. Marilyn Hall Patel |
| Jayantilal K. Gogri, et al. | DATE: May 19, 2008 |
| Defendants. | TIME:  3:00 PM |

Pursuant to this Court's Civil Local Rule, the Parties submit this Case Management Statement for the consideration of this Honorable Court

Wherefore, the Parties make the following representations and recommendations:

1.      **Statement of Facts and Events Underlying This Action.**

The plaintiff claims that the defendants misappropriated a televised professional boxing program to which the plaintiff owned the exclusive commercial exhibition rights and thereafter exhibited the program at the commercial establishment (Mountain Mike's Pizza) in Hayward, California which they operated. The subject program, broadcast on Saturday, November 13, 2004, was the *"The Struggle for Supremacy" Championship Fight Program* (hereinafter "*Program*").

///

The defendants named to this action deny exhibition of the *Program* or any liability for any alleged exhibition of the *Program*.

2.      **The Principal Factual Issues to Which the Parties Dispute.**

The named defendants dispute the factual contentions concerning the exhibition of the Program as alleged by the plaintiff.

3.      **The Principal Legal Issues to Which the Parties Dispute.**

The named defendants deny liability under the causes of action and legal theories pled in plaintiff's complaint.

The plaintiff disputes the defendants' legal contentions.

4.      **Other Factual Issues Which Remain Unresolved.**

In that this matter has only recently commenced the Parties are unaware at this time of which particular factual issues remain unresolved.

5.      **The Following Defendant Has Not Been Served:**

All defendants parties have been duly served.

6.      **Consent to Jurisdiction By a Magistrate Judge**

At this time the Parties do not consent to a Court trial presided over by a magistrate judge.

7.      **Alternative Dispute Resolution**

The Parties propose a settlement conference before a U.S. District Court Magistrate Judge as the ADR process in this action.

///

///

///

1

### 8.    Disclosures

2          The Parties have agreed to exchange initial disclosures by and through their counsel on

3    or before May 19, 2008.

4

5    ### 9.    Discovery

6          The Parties respectfully request that the discovery in this action not be limited nor

7    conducted in phases. The Parties propose a discovery cut off date of July 1, 2009.

8

9    ### 10.    Proposed Pre-trial and Trial Schedule

           Should a trial in this matter become necessary, the Parties respectfully submit the

10   following schedule for this Honorable Court's consideration:

11

12          Anticipated Length of Trial:              3 Days

13          Type of Trial:                            Jury

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## Signature and Certification By Lead Trial Counsel

Pursuant to Civil L.R. 16-12, the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the Court and private entities and has considered whether their case might benefit from any of the available dispute resolutions options.

Date:   May 15, 2008

/s/ *Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
KingVision Pay-Per View, Ltd.

Date:

**MOHAJERIAN LAW CORP.**
By: Al Mohajerian
Attorney for Defendants
Jayantilal K. Gogri
Chanchal J. Gogri
Chaudharyva, Inc.

///
///
///
///
///

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C07-05738-MHP
PAGE 4

1

## Case Management Order (Proposed)

2

3      The Case Management Statement and Proposed Order is hereby adopted by the Court as the

4  Case Management Order for the case and the Parties are ordered to comply with this Order.

5      In addition the Court orders:

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Dated:
                                    _____
25                                  **The Honorable Marilyn Hall Patel**
                                    **United States District Court Judge**
26                                  **Northern District of California**

27

28


**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**C07-05738-MHP**
**PAGE 5**

## PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

May 15, 2008 I served:

## JOINT CASE MANAGEMENT CONFERENCE STATEMENT

On all parties in said cause by faxing same to the Defendant's counsel at the following fax no. **(310) 556-3817**:

Mr. Al Mohajerian, Esquire                      Attorney for Defendants
Mohajerian Law Corp.                            Jayantilal K. Gogri
1925 Century Park East, Suite 350               Chanchal J. Gogri
Los Angeles, CA 90067                           Chaudhariya, Inc.

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 15, 2008, at South Pasadena, California.

Dated: May 15, 2008                             /s/ Emily Stewart
                                                **EMILY STEWART**

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C07-05738-MHP
PAGE 6