**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 19, 2008

Case No.   C 07-5738  MHP                    Judge: MARILYN H. PATEL

Title: KINGVISION PAY-PER-VIEW LTD -v- JAYANTILAL KANJI GOGRI et al

Attorneys:  Plf: Elizabeth MacDonald
            Dft: Philip Kilduff

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Matter referred to Mediation to be completed within 60 days; Further status conference set for 8/25/2008 at 3:00 pm; Joint supplemental status report to be filed one week prior.