# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Kingvision Pay-Per-View Ltd., <br>         Plaintiff(s), <br>    v. <br> Gogri, <br>         Defendant(s). | 07-05738 MHP MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Suzanne Nusbaum**
> Impartia
> 119 Millrich Dr.
> Los Gatos, CA 95030-2213
> 408-399-2688
> snusbaum@impartia.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05738 MHP MED                                    - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 29, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel for Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05738 MHP MED                - 2 -