**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD, | No. C 07-05738 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Status Conference)** |
| v. | |
| JAYANTILAL KANJI GOGRI, | |
| Defendant(s). | |

The parties are hereby notified that the status conference in this matter currently set for August 25, 2008, has been rescheduled and will be held on **October 6, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California. A joint supplemental status report to be filed one week prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: August 20, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140