1    **MOHAJERIAN INC**
     **AL MOHAJERIAN,** CSBN 182013                    FOR COURT USE ONLY
2    1925 Century Park East, Suite 350
     Los Angeles, California 90067
3    Tel: (310) 556-3800/Fax: (310) 556-3817
     al@mohajerianlawcorp.com
4
     Attorneys for Defendants Jayantilal Kanji Gogri, Chanchal J.
5    Gogri, dba, Mountain Mike's Pizza, and Chaudhariya, Inc.

6

7

8                    **UNITED STATES DISTRICT COURT,**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11   KINGVISION PAY-PER-VIEW, LTD.,          ) CASE NO.:  C07-05738
                                             )
12                   Plaintiff,              ) Honorable Marilyn Hall Patel
                                             )
13          vs.                              ) **ORDER RE:**
                                             )
14   JAYANTILAL KANJI GOGRI AND              ) **NOTICE OF MOTION AND MOTION TO**
     CHANCHAL J. GOGRI, INDIVIDUALLY and     ) **BE RELIEVED AS COUNSEL,**
15   d/b/a/ MOUNTAIN MIKE'S PIZZA, and       ) **MEMORANDUM OF POINTS AND**
     CHAUDHARIYA, INC., d/b/a MOUNTAIN       ) **AUTHORITIES, DECLARATION OF AL**
16   MIKE'S PIZZA, et al.                    ) **MOHAJERIAN**
                                             )
17                   Defendants.             ) **[MOVING PARTY WAIVES ORAL**
                                             ) **ARGUMENT]**
18   _____ )
                                             ) DATE: November 10, 2008
19                                             TIME:  2:00 p.m.
                                               Court Room:  15

20

21

22           **TO ALL PARTIES AND THEIR ATTORNIES OF RECORD:**

23           **PLEASE TAKE NOTICE THAT** Al MOHAJERIAN, Esq. will make this

24
     motion on for hearing before this court on Monday November 10, 2008, at 2:00 p.m.
25

26   or as soon thereafter as the matter can be heard, in Courtroom No. 15 of the United

27
     States Courthouse located at 450 Golden Gate Avenue, San Francisco, California
28

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL. (310) 556-3800 FAX: (310) 556-3817

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL. (310) 556-3800 FAX (310) 556-3817

94102 for an order permitting him to be relieved as counsel of record for Defendant

Chaudhariya, Inc. (hereinafter referred to as "Defendant") in this proceeding.

The grounds for this motion are based on the facts that communications have

broken down between counsel and Defendant.  Defendant is no longer accepting the

advice or legal opinions of Mr. Mohajerian.  An actual conflict of interests has

occurred and Mr. Mohajerian is unable to effectively represent Defendant's position

in regard to this matter and as such, must withdraw.  This Motion to be Relieved as

Counsel is supported by the Memorandum of Points and Authorities, and attached

Declaration of Al Mohajerian, Esq. and the pleadings and papers on file in this action.

Date: September 26, 2008

Respectfully submitted,
MOHAJERIAN INC.

By: _____
AL MOHAJERIAN, Attorney for Defendants
Jayantilal Kanji Gogri, Chanchal J. Gogri,
Mountain Mike's Pizza, and Chaudhariya, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.   COMMUNICATIONS BETWEEN COUNSEL AND DEFENDANT HAS BROKERN DOWN AND LEGAL REPRESENTATION IS NO LONGER EFFECTIVE.

In this matter, communications between the Defendant and Defense counsel Al Mohajerian have broken down to the point that Defendant is unwilling to accept the advice or legal opinions regarding the litigation of this matter from Mr. Mohajerian.

In California, an attorney may withdraw as counsel of record if a client's conduct renders it unreasonably difficult for the attorney to represent the client effectively.  Ferruzzo v. Superior Court  (1980) 104 Cal. App. 3d 501, 504, See also California v. M & P Invs., 2007 U.S. Dist. LEXIS 81131 (E.D. Cal. Oct. 22, 2007). Moreover, "withdrawal is proper when the client's interest will not be unduly prejudiced or delayed".  Ramirez v. Sturdevant (1994) 21 Cal. App. 4th 904, 915-16.

Further, California Rule of Professional Conduct 3-700(C)(1)(f) provides that "an attorney may request permission to withdraw if the client "breaches an agreement or obligation to the member as to expenses or fees." Liberty-Ellis Island Foundation, Inc. v. International United Industries, Inc. 110 F.R.D. 395, 397 (S.D.N.Y. 1986)

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

## II. **CONCLUSION**

In this case, the Defendant currently owes a substantial outstanding balance to the Mohajerian Law Firm for legal services rendered to date.  In addition, Defendant is no longer willing to accept the legal advice or opinions of Mr. Mohajerian with regard to how best to build a defense in this matter.  Per California case law and Rule of Professional Conduct 3-700, Mr. Mohajerian is justified, at this time, to request to be relieved as counsel.  This request should be granted as it will not unduly prejudice or delay the Defendant's ability to mount a defense.

Dated: September 26, 2008                    MOHAJERIAN INC.

_____

AL MOHAJERIAN, Attorney for
Defendants Jayantilal Kanji Gogri,
Chanchal J. Gogri, dbam, Mountain
Mike's Pizza, and Chaudhariya, Inc

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL. (310) 556-3800 FAX (310) 556-3817

## DECLARATION OF AL MOHAJERIAN, ESQ.

1.      I, AL MOHAJERIAN, ESQ., am an attorney at law duly licensed to practice law in the State of California. I make this declaration in support of the attached Notice of Motion and Motion to be Relieved as Counsel.  I have personal knowledge of the following, and if called upon as witness, I will testify to the facts stated herein.

2.      I am currently the attorney on record in this matter for Defendant Chaudhariya, Inc. (hereinafter referred to as "Defendant")

3.      Communications have broken down between me and the Defendant causing a breakdown in the attorney client relationship.   Defendant and I no longer agree how this case should be litigated. Thus a breakdown in the attorney client relationship has occurred within which neither side can come to an agreement as to how best to proceed.  Defendant has further refused to fund the attorneys' fees and expense of this case. At the present time, this firm is not funded to proceed and carry out any discovery.  Moreover, Defendant remains past due on its account to a substantial sum for past and present legal services.  Defendant has disputed the pending bill and has refused to fund all future legal fees.

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL. (310) 556-3800 FAX. (310) 556-3817

4.     At this time, neither I nor the Defendant can come to an agreement regarding the course of representation in this matter.  As such, the Defendant is no longer accepting my advice or respecting my legal opinions with regard to this present matter.  As such, I respectfully request that I be relieved as counsel for the Defendant at this time.

5.     For weeks I have been advising Defendant to retain the services of another attorney for representation in this case.

6.     Within the past thirty (30) days I have spoken to the Defendant and confirmed its mailing address.  I personally directed my office staff to serve the Defendant by mail with this Notice of Motion and Motion to be Relieved as Counsel, Memorandum of Points and Authorities and my declaration to the last known address in the file. A proof of service, signed by Maleah McGuire of my office evidencing service on the Defendant, is attached at the end of this motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 26, 2008

AL MOHAJERIAN, Esq.

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL. (310) 556-3800 FAX: (310) 556-3817

Z:\files\111.081\2\111.081.2.2.doc

1

2

# [~~PROPOSED~~] ORDER

3    The motion of AL MOHAJERIAN, ESQ., to be relieved as counsel of record

4  for Defendant Chaudhariya, Inc., party to this action or proceeding, came on regularly

5  for hearing on November 3, 2008, at 2:00 p.m. in Court Room No. 15 of the United

6  States Courthouse located at 450 Golden Gate Avenue, San Francisco, California

7  94102.  Moving party waived oral argument.

8

9    The following persons were present:

10

11    1.   **Philip Kilduff, Esq. on behalf of Al Mohajerian, Esq. and the defendants.**

12

13    The court finds that Mr. Mohajerian has served ~~the~~ Defendant <sup>all</sup>s by mail and

14  submitted a declaration establishing that the service requirements have been satisfied.

15

16    The Court, having considered the Motion to be Relieved as Counsel and the

17  supporting declaration of Al Mohajerian, Esq. the Court finds that Mr. Mohajerian

18  has shown sufficient reasons why the motion to be relieved as counsel should be

19  granted

20

21    IT IS ORDERED that AL MOHAJERIAN, Esq. be relieved as counsel for

22  **all defendants**
~~Defendant Chaudhariya, Inc.,~~ in the above entitled action.

23    Clients are

24  ~~Client is~~ hereby notified of the following effects this order may have upon

25  parties.

26

27

28

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL. (310) 556-3800 FAX: (310) 556-3817

## NOTICE TO CLIENT S

**Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- **• A guardian • A personal representative • A guardian ad litem**

- **• A conservator • A probate fiduciary • An unincorporated association**

- **• A trustee • A corporation**

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

Client is notified that, if the client will be representing himself or herself, the client shall be solely responsible for the case.

## CLIENTS
## NOTICE TO ~~CLIENT~~ WHO WILL BE UNREPRESENTED

**You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

Z:\files\111.081\2\111.081.2.2.doc

**DECLARATION OF AL MOHAJERIAN, ESQ.**
4

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL. (310) 556-3800 FAX: (310) 556-3817

1  Client is notified that it is the client's duty to keep the court informed at all

2  times of the client's current address.

3  **CLIENTS**

**NOTICE TO ~~CLIENT~~ WHO WILL BE UNREPRESENTED**

4

5  **The court needs to know how to contact you. If you do not keep the court**

6
7  **and other parties informed of your current address and telephone number, they**

8  **will not be able to send you notices of actions that may affect you, including**

9  **actions that may adversely affect your interests or result in your losing the case.**

10

11

12

13

14

15  DATE: November 24, 2008



16

17  The Hon.
United S...                Court Judge
The No...ern District of California

18

19  This matter is set for further case managment conference on January 12, 2008 at 3:00 p.m.
20  All parties, including all defendants, shall appear on that date.  Failure to appear will result in
21  dismissal of this action if plaintiff fails to appear and default judgment if defendants fail to appear.

22  

23  11/24/2008

24

25

26

27

28

Z:\files\111.081\2\111.081.2.2.doc

**DECLARATION OF AL MOHAJERIAN, ESQ.**

5

**PROOF OF SERVICE**
(California Code of Civil Procedure, " 1011, 1013, 2015.5; California Rules of Court, Rule 2008(e))
----------------

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

    I am employed in the county of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: *1925 Century Park East, Suite 350, Los Angeles, CA 90067.*

    On September 30, 2008, I served the foregoing document described as **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL** in this action

    _X_ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
    _-_ by placing __ the original __ a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Thomas P. Riley, Esq.<br>Law Office of Thomas P. Riley, P.C.<br>First Library Square<br>1114 Fremont Avenue<br>South Pasadena, California 91030-3227 | Jayantilal Kanji Gogri,  Chanchal J. Gogri,<br>Mountain Mike's Pizza, and Chaudhariya, Inc<br>(Defendants)<br>404 Miwok Ct<br>Freemont, California  94539 |

_X_    **BY PRIORITY MAIL**   I caused said envelope to be deposited in the U.S. Mail, as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles,          California, in the ordinary course of business.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

_-_    **BY FACSIMILE**   I served the forgoing document on the office of the addressee pursuant to CRC 2008 at the party's facsimile number shown hereinabove.  A transmission report was properly issued by the sending facsimile machine, and the transmission reported as complete without error.

_-_    **BY FEDERAL EXPRESS**   I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, (copy of the attached document), together with a signed copy of this declaration, in an envelope designated by the said express service carrier, with deliver fees paid or provided for, addressed as listed above.

___    **FEDERAL**   I declare that I am employed in the office of a member of the bar of this court at whose direction this service
                is made.

Executed on September 30, 2008, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Signature):_____
Print Name: Maleah McGuire

MOHAJERIAN LAW INC
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES CALIFORNIA 90067
TEL. (310) 556-3800 FAX: (310) 556-3817

------------------------------------
**PROOF OF SERVICE**