Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| KingVision Pay-Per-View, Ltd., | CASE NO. CV 07-5738 MHP |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS |
| vs. | |
| Jayantilal Kanji Gogri, et al., | JAYANTILAL KANJI GOGRI, CHANCHAL J. GOGRI, individually and d/b/a MOUNTAIN MIKE'S PIZZA and CHAUDHARIYA, INC., an unknown business entity d/b/a MOUNTAIN MIKE'S PIZZA |
| Defendants. | |
| | *AS AMENDED BY COURT |

IT IS HEREBY STIPULATED by and between Plaintiff KINGVISION PAY-PER-VIEW, LTD. and Defendants JAYANTILAL KANJI GOGRI, CHANCHAL J. GOGRI, individually and d/b/a Mountain Mike's Pizza and CHAUDHARIYA, INC., an unknown business entity d/b/a MOUNTAIN MIKE'S PIZZA that the above-entitled action is hereby dismissed **without prejudice** against JAYANTILAL KANJI GOGRI, CHANCHAL J. GOGRI, individually and d/b/a Mountain Mike's Pizza and CHAUDHARIYA, INC., an unknown business entity d/b/a MOUNTAIN MIKE'S PIZZA to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 15, 2009, ~~this Court shall~~ *not* ~~have jurisdiction to set aside the dismissal and~~ the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 16, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By:  Thomas P. Riley
Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

Dated: 12-26-2008

C. J. GOGRI

**CHANCHAL J. GOGRI**
individually and d/b/a Mountain Mike's Pizza
Defendant

Dated: 12-26-2008

JK.gogri

**JAYANTILAL KANJI GOGRI**
individually and d/b/a Mountain Mike's Pizza
Defendant

Dated: 12-26-2008

C. J. GOGRI

**CHAUDHARIYA, INC.**
c/o Chanchal J. Gogri
an unknown business entity
d/b/a Mountain Mike's Pizza
Defendant

1    **IT IS SO ORDERED:**

2

3

4    

     The _____

5    Unite___ S___

6    Northern ___

7    ///

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

Dated: January 5, 2009 _____

**STIPULATION OF DISMISSAL**
CV 08-5738 MHP
PAGE 3

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 16, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JAYANTILAL KANJI GOGRI, CHANCHAL J. GOGRI, individually and d/b/a MOUNTAIN MIKE'S PIZZA and CHAUDHARIYA, INC., an unknown business entity d/b/a MOUNTAIN MIKE'S PIZZA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Jayantilal Kanji Gogri (Defendant)          Chanchal J. Gogri (Defendant)
404 Miwok Court                                      404 Miwok Court
Fremont, CA 94539                                   Fremont, CA 94539

Chaudhariya, Inc. (Defendant)
404 Miwok Court
Fremont, CA 94539

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 16, 2008, at South Pasadena, California.

Dated: December 16, 2008

INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 08-5738 MHP
PAGE 4